THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON MORALES, Appellant. [747 NYS2d 795]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Florio, Feuerstein and H. Miller, JJ., concur.